UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID VANRONK, | § | |
| | § | |
| Plaintiff, | § | Cv. No. SA:13-CV-293-DAE |
| | § | |
| vs. | § | |
| | § | |
| COMMERCIAL RECOVERY | § | |
| SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

This action having been commenced on April 10, 2013, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Commercial Recovery Systems on May 22, 2013, at the address listed for defendant's registered agent, and proof of service having been filed with the Clerk of the Court on June 4, 2013, and the Defendant not having answered the Verified Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiff have judgment against Defendant in the amount of $1,000.00 for statutory damages, together with reasonable attorney's fees in the amount of $ 3,093.75, plus costs and

disbursements of this action in the amount of $599.40, amounting to a total of $4,693.15.

        IT IS SO ORDERED.

        DATED: April 14, 2014, San Antonio, Texas.

_____
David Alan Ezra
Senior United States Distict Judge